1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

15  UNITED STATES OF AMERICA,            )   5:25-MJ-20
                                          )
16            Plaintiff,                  )   ORDER OF DETENTION AFTER
                                          )   HEARING ( Fed.R.Crim.P. 32.1(a)(6)
17       v.                               )   Allegations of Violations of Probation
                                          )   Supervised Release)
18  SERGIO MEJIA-GAMBOA                   )   Conditions of Release)
                                          )
19                                        )
            Defendant.                    )
20  _____  )

21       On arrest warrant issued by a United States District Court involving alleged

22  violations of conditions of probation or Supervised Release,

23       The court finds no condition or combination of conditions that will

    reasonably assure:
24
         (A)  ( )    the appearance of defendant as required; and/or
25
         (B)  (✓)    the safety of any person or the community.
26
    //
27
    //
28

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- UNDERLYING ALLEGATIONS OF FIREARM POSSESSION AND USE;
- CONTINUED ALCOHOL USE;
- FAILURE TO COMPLY WITH CONDITIONS;
- ALLEGATION OF DUI

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_____
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: 1/22/25

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE